IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 22-340-1 |
| | : | |
| JAMES WATTS | : | |

# **ORDER**

AND NOW, this 29th day of August, 2025, upon consideration of Defendant James Watts's Amended Motion to Suppress (ECF No. 92), the Government's opposition thereto, and the arguments made at the July 30, 2025 suppression hearing—and for the reasons stated in the accompanying memorandum—it is hereby ORDERED the motion is DENIED.

IT IS FURTHER ORDERED upon consideration of Watts's filing of his Amended Motion to Suppress (ECF No. 92), it is hereby ORDERED the Motion to Suppress (ECF No. 83) is DISMISSED AS MOOT.

BY THE COURT:


  /s/ Juan R. Sánchez
Juan R. Sánchez, J.